AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

HOWARD ELLIS,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                                        CASE NUMBER: **3:08-cv-0657-ECR-RAM**

JAMES BENEDETTI, et al.,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice for failure to state a claim upon which relief can be granted.

  April 9, 2009                                **LANCE S. WILSON**
                                                              Clerk

                                                   /s/ Kalani Lizares
                                                    Deputy Clerk