# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| HOWARD ELLIS, | ) | 3:08-cv-0657-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 8, 2011 |
| | ) | |
| JAMES BENEDETTI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER     REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Request for Civil Docket Case History (Doc. #70).

Plaintiff's Request for Civil Docket Case History (Doc. #70) is **GRANTED** on a one-time only basis.  Even though the Plaintiff is proceeding *in forma pauperis*, he should not expect to receive free copies of the docket sheet and/or additional copies of court filings as a matter of course.  Plaintiff may request copies at the usual copying rates, which the Clerk of Court shall provide to him.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:       /s/
         Deputy Clerk