# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HOWARD ELLIS, | 3:08-cv-00657-ECR (WGC) |
| Plaintiff, | **MINUTE ORDER** |
| vs. | May 14, 2012 |
| JAMES BENEDETTI, *et. al.* | |
| Defendants. | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE OGDEN      REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     Before the court is Plaintiff's Motion for Correction of the Record (Doc. # 177) wherein Plaintiff seeks to correct his response to Defendants' Motion for Sanctions. The court previously advised Plaintiff that Defendants have not filed any motion for sanctions (*see* Doc. # 179); therefore, Plaintiff's motion to correct the record regarding his response to such a motion is **DENIED** as moot.

     **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  /s/
     Deputy Clerk