```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                            RENO, NEVADA
```

HOWARD ELLIS,                         )   3:08-cv-00657-ECR-WGC
                                      )
    Plaintiff,                        )   MINUTES OF THE COURT
                                      )
vs.                                   )   DATE: August 16, 2012
                                      )
JAMES BENEDETTI, et al.,              )
                                      )
    Defendant(s).                     )
_____)

PRESENT:      EDWARD C. REED, JR.                U. S. DISTRICT JUDGE

Judicial Assistant:   Candace Knab    Reporter:   NONE APPEARING

Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    On May 15, 2012, the Magistrate Judge filed a Report and Recommendation (#185) recommending that Plaintiff's Motion for Injunction (#154), filed on March 19, 2012, and Motion for Evidentiary Hearing (#176), filed on April 18, 2012, be denied. Plaintiff filed Objections (#188) on May 24, 2012. Defendants did not respond.

    The Objections are not well-taken and are overruled. We agree with the Magistrate Judge that Plaintiff is not entitled to injunctive relief regarding a claim that was not stated in the amended complaint (#38). Count II of the amended complaint (#38) alleges that Plaintiff received inadequate medical care for a broken finger following an assault, while Plaintiff's Motion for Injunction (#154) relates to an implantable cardioverter-defibrillator ("ICD"). The Magistrate Judge was correct in stating that Plaintiff is not permitted to file a complaint in federal court and then use that action as a forum to air unrelated grievances. Injunctive relief is an extraordinary remedy used to address issues related to the underlying violations presented in the complaint - the ICD issue was not presented in the complaint.

    We also agree with the Magistrate Judge with regard to Plaintiff's Motion for Evidentiary Hearing (#176) in connection with the Motion for

Injunction (#154).  Local Rule 78-2 provides that the Court, in its discretion, may consider and decide a motion with or without a hearing.  Plaintiff's Motion for Injunction (#154) was full briefed by both parties and did not present a complicated issue.  A hearing is therefore unnecessary and will be denied in the Court's discretion.

**IT IS, THEREFORE, HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (#185) is well taken and is **APPROVED** and **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Injunction (#154) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Evidentiary Hearing (#176) is **DENIED**.

LANCE S. WILSON, CLERK

By _____/s/_____
         Deputy Clerk