UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HOWARD ELLIS, | Case No. 3:08-cv-00657-MMD-WGC |
| Plaintiff, | ORDER |
| v. | |
| BENEDETTI, et al., | |
| Defendants. | |

This matter is referred to the Court for the limited purpose of determining whether *in forma pauperis* status should continue on appeal. This Court certifies that any *in forma pauperis* appeal from its order dismissing this case would be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3). Plaintiff's *in forma pauperis* status should continue on appeal.

DATED THIS 21st day of January 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE