UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HOWARD ELLIS, <br><br> Plaintiff, <br><br> v. <br><br> JAMES BENEDETTI, et al., <br><br> Defendants. | Case No. 3:08-cv-00657-MMD-WGC <br><br> ORDER |

Before the Court is Plaintiff Howard Ellis' Motion for Contempt. (Dkt. no. 344.) The Court had issued an order directing Plaintiff to send all documents captioned for the Ninth Circuit Court of Appeals directly to that court. (Dkt. no. 335.) Plaintiff contends that the Clerk of this Court and the Northern Nevada Correctional Center ("NNCC") Law Supervisor purportedly "interfered" with his filing of a letter captioned for the Ninth Circuit Court of Appeals by filing his letter with the wrong court. However, it is Plaintiff's responsibility to file his documents with the proper court, and submitting documents to the NNCC Law Supervisor will result in those documents being forwarded for electronic filing with this Court. To submit filings to the Ninth Circuit Court of Appeals, Plaintiff must mail them directly to that court. It is therefore ordered that Plaintiff's Motion for Contempt (dkt. no. 344) is denied.

DATED THIS 4th day of June 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE